UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

11 DEC 20 PM 3:30

| UNITED STATES OF AMERICA, | CASE NO. 11CR4921-L |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| MISAEL AVILA-LARA, | |
| Defendant. | |



IT APPEARING that the defendant is now entitled to be discharged for the reason that:

_X_  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

_X_  of the offense(s) as charged in the Information:

8:1326(a) and (b)

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 20, 2011

HON. WILLIAM V. GALLO